IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

LARRY E. HEAVERN

_____/

INFORMATION

3:25-mj-24

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

That on or about September 28, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**LARRY E. HEAVERN,**

did unlawfully drive and was in actual physical control of a vehicle while under the influence of alcoholic beverages and a substance, set forth in Section 877.111 or controlled by Chapter 893, Florida Statutes, while affected to the extent that his normal faculties were impaired, in violation of Section 316.193(1)(a), Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

## COUNT TWO

That on or about September 28, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

FILED USDC FLND PN
JAN 10 '25 PM 1:30

## LARRY E. HEAVERN,

did, while under the influence of alcohol, unlawfully drive a motor vehicle in a reckless manner with willful or wanton disregard for the safety of persons or property, in violation of Section 316.192(1)(a) and (5), Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

_____
JASON R. COODY
United States Attorney

January 10, 2025
_____
DATE